UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY GIOVANNI JOSEPH,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA,<br><br>    Defendant. | Case No. 15-cv-00046-HSG (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME; DIRECTIONS TO CLERK**<br><br>Re: Dkt. No. 14 |

Good cause appearing, defendant's motion for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendant to file a dispositive motion is CONTINUED to **July 1, 2015**. Plaintiff shall file any opposition to defendant's motion within **twenty-eight (28)** days of the date the motion is filed. Defendant shall file a reply within **fourteen (14)** days of the date the opposition is filed.

Further, in light of defendant's identification of "County of Alameda" as the proper defendant, the Clerk shall terminate defendant "Criminal Justice Mental Health" from the docket and replace it with "County of Alameda" as the defendant in this action.

This order terminates Docket No. 14.

**IT IS SO ORDERED.**

Dated: 5/4/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge