UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY GIOVANNI JOSEPH,

        Plaintiff,

   v.

COUNTY OF ALAMEDA,

        Defendant.

Case No. 15-cv-00046-HSG (PR)

**JUDGMENT**

For the reasons set forth in the Order Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  2/1/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge